UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nam Yoon, Sun Dok Hur and Jom Rae Kim<br><br>         Plaintiffs,<br>v.<br><br>Salon Jade Inc, C W Han Corp, Gui Bok Kim, and Joon Ja Kim<br><br>         Defendants, | Index No. 20-CV-3485<br><br>**DECLARATION OF RYAN KIM** |

I, Ryan Kim, declare as follows:

1. I am an attorney at Ryan Kim Law, P.C. Ryan Kim Law, P.C. focuses on representing Plaintiffs in a wide variety of employment matters, including individual violations of wage and hour laws, discrimination and harassment based on sex, race, disability, or age, retaliation, and contract negotiations.

2. I respectfully submit this declaration in support of Plaintiff's Motion for Settlement Approval. I make these statements based on personal knowledge and would so testify if called as a witness before the Court.

**Background and Experience**

3. I received a B.A. in Economics from the University of Michigan/Ann Arbor, a Juris Doctor from the George Washington University National Law Center in Washington D.C., 2002 and Tax LLM from the Northwestern Pritzker School of Law, Chicago, Illinois in 2003.

4. I passed the New York and New Jersey bar exams in 2002 and passed Illinois bar exam in 2004. I am admitted to the bars of the United States District Courts for the Eastern and Southern Districts of New York, United States District of New Jersey, and United States District Northern District of Illinois trial bar and general bar. I am a member in good standing of each of these bars.

5. Ryan Kim Law, P.C. has substantial experience prosecuting individual wage and hour and collective actions. See Cho et al., v. GCR et al., No. 12 Civ 4562 (IL.N.D), Zyung v. Gusto Enterprise et al., No. 13 Civ 1284 (IL.N.D), Kim v. Sake Blu, Inc., et al., No. 13 Civ 7310

1

(IL.N.D), Rodriguez v. World Gym, Inc, et al., No. 13 Civ 8516 (IL.N.D), Parks v. Dundee Market III, Inc., et al., 14 Civ 1541 (IL.N.D), Gryder v. Du Re Bak Inc., et al., No. 14 Civ 1772 (IL.N.D), Kim et al., v. Capital Dental Technology Laboratory Inc et al., No. 14 Civ 5014 (IL.N.D), Kim et al., v. GCR et al., No. 14 Civ 5153 (IL.N.D), Choi v. Coast Sushi Corporation et al., No. 14 Civ 7126 (IL.N.D), Yoo v. Super Yoo Cleaenrs, Inc et al., No. 14 Civ 8851 (IL.N.D), Kim v. Hakuya Sushi, Inc et al, No. 15 Civ 3747 (IL.N.D), Son et al, v. Comprehensive Pain and Rehabilitation Center, Ltd. et al., No. 15 Civ 3758 (IL.N.D), Seong v. The Joong-Ang Daily News, Inc, et al., No. 15 Civ 3761 (IL.N.D), Park et al., v. Nagle Advisors, LLC et al., No. 15 Civ 5152 (IL.N.D), Bae v. Seoul Market, Inc, et al., No. 15 Civ 5782 (IL.N.D), Cho v. Maru Restaurant, et al., No. 15 Civ 8151 (IL.N.D), Choi v. Loco Shoes Inc., No. 15 Civ 8624 (IL.N.D), Kim v. Sunshine Cleaners et al., No 15 Civ 9127 (IL.N.D), Park v. Fresh Market No. 16 Civ 2306 (IL.N.D), Ceon v. Ajoomah's Apron Corp. et al., No. 16 Civ 3043 (IL.N.D), Lee v. Henes USA, Inc et al., No. 16 Civ 3270 (IL.N.D), La v. Dempster Eye Care, Inc., et al., No. 16 Civ 3794 (IL.N.D), Loggins v. Myung Ga, Inc., et al., No. 16 Civ 7202 (IL.N.D), Kim v. Premier Wellness Care Inc., et al., No. 16 Civ 7563 (IL.N.D), McClelland et al., v. Cozy Restaurant, Inc et al., No. 16 Civ 8008 (IL.N.D), Lee v. Hanjin Intermodal Inc et al., No. 16 Civ 8610 (IL.N.D), Kim v. Chicago Cosmetic Surgery, Inc., et al., No. 16 Civ 9138 (IL.N.D), Lee v. Compassionate Care, Inc et al, No. 16 Civ 9280 (IL.N.D), You et al., Wild Symphony, LLC, et al., No. 16 Civ 10293 (IL.N.D), Kim v. The Korean News of Chicago, Inc et al., No. 17 Civ 1300 (IL.N.D), Maag et al., v. Xilin Association et al., No. 17 Civ 1569 (IL.N.D), Kim v. Hilton Construction Group et al., No. 17 Civ 7332 (IL.N.D), Sim v. Wok N Fire St. Charles LLC et al., No. 17 Civ 9246 (IL.N.D), Yoo v. Studio of Master's Touch, Inc et al., No. 18 Civ 281 (IL.N.D), Lee v. H Mart Midwest Corp., et al., No. 18 Civ 3593 (IL.N.D), Brodesser v. Xilin Association et al., No. 18 Civ 3613 (IL.N.D), Cho v. Wok N Fire St. Charles LLC et al., No. 18 Civ 5147 (IL.N.D), Kim v. Center For Seniors et al., No. 18 Civ 7660 (IL.N.D), Lees v. Xilin Association et al., No. 19 Civ 2356 (IL.N.D), Seo v. H Mart Midwest Corp., et al., No. 19 Civ 3248 (IL.N.D), Marquez v. JK Green Deli, Inc, et al., No. 17 Civ 7014 (E.D.N.Y), Kim v. Polo Deli, Inc, et al., No. 17 Civ 7389 (E.D.N.Y), Jin et al., Park Avenue Stem Cell, Inc., et al., No. 18 Civ 1007, Chae v. March Health Food, Inc, et al., No. 18 Civ 3336 (E.D.N.Y), Lee et al., v. The Korea Central Daily News, Inc et al., No. 18 Civ 3799 (E.D.N.Y), Kim v. WJ Group Inc. et al., No. 18 Civ 3833 (E.D.N.Y), Lee v.

Hongs Merchandising Group, et al., No. 18 Civ 6343 (E.D.N.Y), Nam et al., v. Ichiba Inc et al., No. 19 Civ 1222 (E.D.N.Y), Oh v. Here & Now, Inc. et al., No. 19 Civ 1235 (E.D.N.Y), Kim v. Cathay Express Transportation, Inc et al., No. 19 Civ 2007 (E.D.N.Y), Choi et al., SD Tools Inc. et al., No. 19 Civ 2008 (E.D.N.Y), Kim v. Sneaker Box, Inc et al., 19 Civ 2015 (E.D.N.Y), Kim v. Toothsavers Dental Laboratory, Inc et al., No. 19 Civ 2283 (E.D.N.Y), Kim v. Sushi Bell Inc et al., No. 19 Civ 2847 (E.D.N.Y), Han v. Ivy Enterprise, Inc et al., No. 19 Civ 3023 (E.D.N.Y), Chang v. Loui Amsterdam. Inc et al., No. 19 Civ 3056 (E.D.N.Y), Pak v. E & J Express, Corp et al., No. 19 Civ 4016 (E.D.N.Y), Hong v. Madangsui Inc et al., No. 19 Civ 4052 (E.D.N.Y), Ahn v. Sun Cleaners Inc et al., No. 19 Civ 5919 (E.D.N.Y), Yi v. DK Broadway Cleaners, Inc et al., No. 19 Civ 5931 (E.D.N.Y), Park v. Carnegie Hill Cleaners et al., No. 19 Civ 6768 (E.D.N.Y), Lee v. DTD Express Inc et al., No. 19 Civ 6944 (E.D.N.Y), Shin v. Party Well Rest & Oriental Bakery Inc et al., No. 20 Civ 1319 (E.D.N.Y), Lee v. Car Magic Auto Repair, Inc et al., No. 20 Civ 2957 (E.D.N.Y), Xu v. Dong E Snack Inc. et al., No. 20 Civ 3118 (E.D.N.Y), Ku v. MB Gallery Inc., et al., No. 20 Civ 3486 (E.D.N.Y), Kim et al., v. Kini LLC et al., 20 Civ 6009 (E.D.N.Y), Kwon v. 462 BKCS LTD et al., No. 20 Civ 9105 (E.D.N.Y), Han v. Roosevelt Island Cleaners Inc et al., No. 20 Civ 9068 (S.D.N.Y), Hahm v. Sam Hak Food Corp et al., No. 18 Civ 8270 (N.J.D), Kim v. Woori Auto Repair & Body Corp. et al., No. 18 Civ 9845 (N.J.D), Park et al., v. Freehold Healthcare, LLC et al., No. 18 Civ 11306 (N.J.D), Han v. SS Smile Limo, LLC, et al., No. 18 Civ 15365 (N.J.D), Lim v. Beauty Town International, Inc., et al., No. 18 Civ 16972 (N.J.D), Kim et al., v. A Cleaner City Livingston LLC et al., No. 19 Civ 18299 (N.J.D) Rhee v. Super King Sauna NJ, LLC et al., No. 20 Civ 9921, Li vs. Dong Wook Lee et al., No. 20 Civ 15310 (N.J.D)

6. Counsel's skill and experience were directly responsible for bringing about the positive settlement and weighs in favor of granting the requested fees.

7. Based on counsel's extensive experience in precisely this type of litigation and our familiarity with the factual and legal issues, in this case, we have concluded that the settlement is clearly in the best interests of the Plaintiff, and represents a significant percentage of the recovery that Plaintiff would have achieved had he prevailed on all of his claims and survived an appeal.

**Legal Fees and Expenses**

8. Ryan Kim Law, P.C. has spent more than 21.70 attorney and paralegal hours prosecuting this case. Multiplying these hours by the hourly rate of each attorney and paralegal results in a lodestar amount of $6,715.40. Contemporaneous time records are attached hereto.

9. To date, Ryan Kim Law, P.C. has incurred actual legal expenses of approximately $528.40. Invoices for all costs are attached hereto.

> Initial Court Filing Fee: $400.00
> Special Process Service Fee for Salon Jade Inc: $128.40

10. Counsel ordinarily and regularly bills legal time on an hourly fee basis by the tenth of an hour, based on each attorney's standard hourly rate. currently, counsel's rates are $550 per Ryan Kim's hour and $150 per hour for his paralegal's hour. The firm's paying clients regularly accept and pay Ryan Kim Law, P.C.'s hourly rate.

11. Ryan Kim has been approved for his respective hourly rates of $550 in connection with several FLSA settlement in this district. See Marquez v. JK Green Deli, Inc et al., No. 17 Civ 7014 (E.D.N.Y), Lee v. Hongs Merchandising Group, et al., No. 18 Civ 6343 (E.D.N.Y), Kim v. Sneaker Box, Inc, et al., 19 Civ 2015 (E.D.N.Y), Han v. Ivy Enterprise, Inc et al., No. 19 Civ 3023 (E.D.N.Y), Hong v. Madangsui Inc et al., No. 19 Civ 4052 (E.D.N.Y) and Lee v. DTD Express Inc et al., No. 19 Civ 6944 (E.D.N.Y), Chae v. March Health Food, Inc et al., 18 civ 3336 (E.D.N.Y), Ko v. Manhattan Avenue Cleaners. Inc et al., 19 civ 2851 (E.D.N.Y), Yi v. DK Broadway Cleaners Inc., et al., No. 19 Civ 5931 (E.D.N.Y), Kim et al., v. Center Nails Inc., et al., No. 19 Civ 5433 (E.D.N.Y), Kim v. Sushi Bell Inc et al., No. 19 Civ 2847 (E.D.N.Y) and Xu v. Dong E Snack Inc et al., No. 20 Civ 3118 (E.D.N.Y). The rate of paralegal charged by Ryan Kim Law, P.C. has been approved in this District.

12. Ryan Kim Law, P.C.'s efforts to date have been without compensation, and their entitlement to payment has been wholly contingent upon achieving a positive result.

13. Ryan Kim Law, P.C. undertook to prosecute this action without any assurance of payment for their services, litigating this case on a wholly contingent basis in the face of tremendous risk. Ryan Kim Law, P.C. stood to gain nothing in the event the case was unsuccessful.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 27th of January 2021.

/s/ Ryan Kim
Ryan J. Kim

Ryan Kim Law, P.C.
222 Bruce Reynolds Blvd
Suite 490
Fort Lee, NJ 07024
Attorney for Plaintiffs



# Ryan Kim Law, P.C.

222 Bruce Reynolds Blvd
Ste 490
Fort Lee, NJ 07024
US
ryankimlaw@gmail.com
www.RyanKimLaw.com
O: 2018978787

# INVOICE

| | |
|---|---|
| Number | 72 |
| Issue Date | 1/27/2021 |
| Due Date | 1/27/2021 |
| Matter | 130 - Salon Jade |

## Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Communicate (with client)<br>7/13/2020<br>Initial phone conference with Yoon Nam | Jia Choi | $150.00 | 0.30 | $45.00 |
| Meeting<br>7/21/2020<br>In person meeting at the office with Yoon Nam | Ryan J Kim | $550.00 | 1.00 | $550.00 |
| Research<br>7/22/2020<br>Research of Employers, Corporation search and Individuals | Jia Choi | $150.00 | 1.50 | $225.00 |
| Communicate (with client)<br>7/23/2020<br>Phone conference with Yoon Nam | Jia Choi | $150.00 | 0.30 | $45.00 |
| Review/analyze<br>8/3/2020<br>Review of Judge's individual rules | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Draft/revise<br>8/3/2020<br>Complaint | Ryan J Kim | $550.00 | 2.00 | $1,100.00 |
| Manage data/files<br>8/3/2020<br>Open a new case at ECF/ prepare initial pleading and file with the court | Jia Choi | $150.00 | 1.00 | $150.00 |
| Communicate (other external)<br>8/4/2020<br>Order service of process to Secretary of the State | Jia Choi | $150.00 | 0.10 | $15.00 |
| Time<br>8/10/2020<br>Call from client<br>The client heard that Joon Ja Kim told she is sued by two EEs. Explain to her the whole process and duration of the litigation. | Jia Choi | $150.00 | 0.20 | $30.00 |
| Communicate (with client)<br>8/10/2020<br>Phone call with Yoon Nam re detail about her case | Jia Choi | $150.00 | 0.00 | $0.00 |
| Meeting<br>8/17/2020<br>In person meeting at the office with Hur and Jom Rae Kim | Ryan J Kim | $550.00 | 1.00 | $550.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Communicate (with client)<br>8/21/2020<br>Phone call with Yoon Nam re detail about her case | Jia Choi | $150.00 | 0.20 | $30.00 |
| Review/analyze<br>9/1/2020<br>Draft damage calculation spreadsheet | Jia Choi | $150.00 | 1.00 | $150.00 |
| Review/analyze<br>9/1/2020<br>Review of Defendants' appearance | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Draft/revise<br>9/3/2020<br>Revise and draft first amended complaint | Ryan J Kim | $550.00 | 1.00 | $550.00 |
| Communicate (with client)<br>9/11/2020<br>Phone call with Yoon Nam re detail about her case | Jia Choi | $150.00 | 0.10 | $15.00 |
| Communicate (with client)<br>9/14/2020<br>Phone call with Yoon Nam re her damage from Salon Jade | Jia Choi | $0.30 | 1.00 | $0.30 |
| Review/analyze<br>9/15/2020<br>Review of Defendants' Rule 7.1 statement and appearance | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Review/analyze<br>9/16/2020<br>Review of Defendants Salon Jade and Gui Bok Kim's answer | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Communicate (with opposing counsel)<br>9/17/2020<br>Email exchange with OC re: amended complaint, service issue and damage. | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Review/analyze<br>9/21/2020<br>Review of document provided by Salon Jade | Ryan J Kim | $550.00 | 0.50 | $275.00 |
| Review/analyze<br>9/21/2020<br>Review of email from Andrew Kimler | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Communicate (with client)<br>9/24/2020<br>Phone call with Yoon Nam re her damage from Salon Jade | Jia Choi | $0.10 | 1.00 | $0.10 |
| Communicate (with opposing counsel)<br>9/29/2020<br>Review email from OC re: waiver form and damage calculation. | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Review/analyze<br>9/29/2020<br>Review of Waiver of service executed and file with the court | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Review/analyze<br>10/30/2020<br>Review of the court order for FLSA discovery | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Review/analyze<br>10/30/2020<br>Review of Rule 7.1 Statement of C W Han | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Review/analyze<br>11/2/2020<br>Review of email from Andrew Kimler | Ryan J Kim | $550.00 | 0.10 | $55.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Review/analyze<br>1/5/2021<br>Review all documents from Salon Jade and the initial note of Yoon Nam. Damage calculation of Yoon Nam for Salon Jade, Inc | Jia Choi | $150.00 | 2.00 | $300.00 |
| Communicate (with opposing counsel)<br>1/5/2021<br>Email communication with Andrew Kimler regarding settlement | Ryan J Kim | $550.00 | 0.30 | $165.00 |
| Review/analyze<br>1/6/2021<br>Damage calculation of all plaintiffs for C W Han | Jia Choi | $150.00 | 2.00 | $300.00 |
| Communicate (with opposing counsel)<br>1/7/2021<br>Email communication with Andrew Kimler regarding settlement | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Draft/revise<br>1/7/2021<br>Draft status report | Jia Choi | $150.00 | 0.50 | $75.00 |
| Communicate (with client)<br>1/7/2021<br>Phone conference re her damage against Salon Jade | Ryan J Kim | $550.00 | 0.30 | $165.00 |
| Draft/revise<br>1/13/2021<br>Draft Joint Status Report | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Review/analyze<br>1/13/2021<br>Review of the court order | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Communicate (with opposing counsel)<br>1/13/2021<br>Email communication with Andrew Kimler regarding settlement | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Review/analyze<br>1/18/2021<br>review of the draft settlement agreement | Ryan J Kim | $550.00 | 0.50 | $275.00 |
| Communicate (with opposing counsel)<br>1/18/2021<br>Email communication with Andrew Kimler regarding settlement | Ryan J Kim | $550.00 | 0.20 | $110.00 |
| Communicate (with client)<br>1/21/2021<br>Phone call with Yoon Nam to get her signature | Jia Choi | $150.00 | 1.00 | $150.00 |
| Communicate (with opposing counsel)<br>1/21/2021<br>Finalize settlement agreement | Ryan J Kim | $550.00 | 0.10 | $55.00 |
| Communicate (with client)<br>1/21/2021<br>Send hellosign to Ms. Yoon Nam | Jia Choi | $150.00 | 0.10 | $15.00 |
| Communicate (with opposing counsel)<br>1/26/2021<br>Email communication with Andrew Kimler regarding settlement | Ryan J Kim | $550.00 | 0.40 | $220.00 |
| | | **Time Entries Total** | **21.70** | **$6,715.40** |

Expenses

| Expense | Billed By | Price | Qty | Sub |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Courtfees<br>8/3/2020<br>Initial Filing Fee | Jia Choi | $400.00 | 1.00 | $400.00 |
| Special Process Service<br>8/4/2020<br>Special Process Service to Defendants | Jia Choi | $64.20 | 2.00 | $128.40 |
| | | **Expenses Total:** | **3.00** | **$528.40** |

## Terms & Conditions

Due Upon Receipt

## Account statement

| Date | Item | Amount | Balance |
|---|---|---|---|
| 1/27/2021 | Invoice I-72 | $-7,243.80 | $-7,243.80 |
| **1/27/2021** | **Current Balance** | | **$-7,243.80** |